IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02108-RM-KLM

COLIN LAMPRECHT, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

RICHARD "RICK" KRAMMER,
CAFÉ MEXICALI, LLC, a Colorado limited liability company,
CAFÉ MEXICALI-GREELEY, LLC, a Colorado limited liability company, and
CAFÉ MEXICALI-BOULDER, LLC, a Colorado limited liability company,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Defendants' **Unopposed Motion for Entry of Proposed Stipulated Protective Order** [#38] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#38] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#38-1, #38-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: May 21, 2014