# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 13-cv-2108-RM-KLM

COLIN LAMPRECHT, on behalf of himself and all similarly situated persons,

     Plaintiff,

v.

RICHARD "RICK" KRAMMER,
CAFÉ MEXICALI, LLC,
CAFÉ MEXICALI- GREELEY, LLC and
CAFÉ MEXICALI-BOULDER, LLC,

     Defendants.

_____

## ORDER

_____

     This matter before the Court on the parties' Stipulated Motion to Dismiss with Prejudice

(ECF No. 48) pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this Court:

1.     GRANTS the Stipulated Motion to Dismiss with Prejudice (ECF No. 48);

2.     ORDERS that each party is to bear his, her, or its own attorney's fees and costs;

3.     DENIES Defendants' Motions to Dismiss (ECF Nos. 9 & 17) as MOOT; and

4.     The Clerk of the Court is directed to CLOSE this case.

DATED this 3rd day of September, 2014.

                           BY THE COURT:

                           _____

                           RAYMOND P. MOORE
                           United States District Judge